Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _ARIZONA__

_PHOENIX_____ Division

| | | |
|---|---|---|
| DAVONNE WILLIAMS | ) | Case No. **CV21-00341-PHX-SPL** |
| | ) | |
| _____ | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | Jury Trial: *(check one)* ☑Yes ☐No |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| COTS, PHOENIX DREAM CENTER, WALT RATTRAY, | ) | |
| TOMMY BARNETT | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names. Do not include addresses here.)* | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | DAVONNE WILLIAMS |
| Address | 232 S 12TH ST |

| | | |
|---|---|---|
| PHOENIX | AZ | 85007 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | MARICOPA |
| Telephone Number | 608-590-2175 |
| E-Mail Address | mosheikh100@gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | COTS (CHURCH ON THE STREET) |
| Job or Title *(if known)* | RELIGIOUS ORGANIZATION / NON-PROFIT |
| Address | 3210 GRAND AVE. |

| | | |
|---|---|---|
| PHOENIX | AZ | 85017 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | MARICOPA |
| Telephone Number | (602) 257-8918 |
| E-Mail Address *(if known)* | http://cotsphoenix.org |

[ ] Individual capacity   [✔] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | PHOENIX DREAM CENTER |
| Job or Title *(if known)* | RELIGIOUS ORGANIZATION / NON-PROFIT |
| Address | 3210 GRAND AVE. |

| | | |
|---|---|---|
| PHOENIX | AZ | 85017 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | MARICOPA |
| Telephone Number | (602) 346-8701 |
| E-Mail Address *(if known)* | info@dreamcitychurch.us |

[ ] Individual capacity   [✔] Official capacity

Defendant No. 3

| | |
|---|---|
| Name | WALT RATTRAY |
| Job or Title *(if known)* | OWNER / FOUNDER OF CHURCH ON THE STREET |
| Address | 3210 GRAND AVE. |

| PHOENIX | AZ | 85017 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | MARICOPA |
| Telephone Number | (602) 257-8918 |
| E-Mail Address *(if known)* | mail@cotsphoenix.com |

[✓] Individual capacity       [ ] Official capacity

Defendant No. 4

| | |
|---|---|
| Name | TOMMY BARNETT |
| Job or Title *(if known)* | OWNER / FOUNDER |
| Address | 3210 GRAND AVE. |

| PHOENIX | AZ | 85017 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | MARICOPA |
| Telephone Number | (602) 346-8701 |
| E-Mail Address *(if known)* | info@dreamcitychurch.us |

[✓] Individual capacity       [ ] Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1ST ADMENDMENT
TITLE VII OF THE CIVIL RIGHTS ACT OF 1964
H.R.1308 - Religious Freedom Restoration Act of 1993

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

SEE ATTACH:

_____

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

COTS, WALT RATTRAY, PHOENIX DREAM CENTER, TOMMY BARNETT, acted together to violate my 1st amendment rights by forcing me to comply with a strict Religious Church Schedule that did not comply with my religious beliefs or schedule in order to gain and maintain access to critical life resources such as food, bed, safety and shelter although I clearly indicated that it violated my 1st amendment rights and did not want to attend these services and was doing so only because I was just ➕

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

COTS
PHOENIX DREAM CENTER

_____

B.   What date and approximate time did the events giving rise to your claim(s) occur?

JANUARY 8TH, 2021 - FEBRUARY 23, 2021
END DATE IS NOT AVAILABLE BECAUSE (I) PLAINTIFF STILL RESIDES AT SHELTER, HOWEVER IS UNDER CONSPIRACY OF BEING PUT OUT DUE TO MISSING CHURCH AFTER NEXT TIME HE PAYS RENT

_____

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

-On January 4th, 2021 I was evicted from my apartment and became homeless
-For 4 days I went to CASS and called other homeless men shelter programs in the Phoenix area looking for a bed only to be told there were none and literally slept on the streets, including concrete, grass and park benches
- On January 8th, 2021 I found out about COTS through the Phoenix Dream and it was there I found a bed that would be available to me for 15 days so long as I went to Christian Church services everyday, including twice on Sunday although I express that this was against my religious faith I was told that I would not be allowed to services unless I accepted and agreed to do so. The day I entered I was in desperate need of hygiene supplies and a shower as well as food and rest. My calves were so swollen that I could barely stand up and walk from being moved from one loitering spot sleeping, or resting and walking miles each day just to keep from trespassing or loitering on the bus stops, as well as bus stop benches where I was being thrown out of by bus drivers or bus patrons who filled the shed that I was too embarrassed to appear homeless in-front of. ➕

## II. ATTACHMENT LETTER

 My name is Davonne Williams. I am a 39 year old Black
male of Islamic religion who recently became homeless on
January 4th, 2021 after being evicted from his apartment for 2
months of unpaid rent after becoming infected with Covid-19
and the consequential joblessness and lack of employment
opportunity stemming from it due to the ongoing Coronavirus
pandemic. Continuously for the past 45 days and counting
beginning on January 8th, 2021 my constitutional rights have
been violated by a homeless men's shelter titled Church on the
Streets and The Phoenix Dream Center. The latter 30 days of
which I have been enrolled in the working men's "privilege"
program which I pay an additional fee of $50 per week to
have extra privileges (many of which I still don't receive) yet
still must comply with strict Bible and Church related events
which I am forbidden my work schedule must not prevent
or interfere with me attending at least 2 Bible Studies and 2
Church services held at The Phoenix Dream Center.


My grievance with Church on the Streets at 4006 Van Buren
St, Phoenix AZ 85009, a satellite operation homeless shelter
for men headquartered at 3210 NW Grand AVE, Phoenix AZ
85017 both owned and operated by Pastor Walt Rattray and
The Phoenix Dream Center also located at 3210 NW
Grand AVE., Phoenix, AZ 85017 and owned by Tommy
Barnett is that they unlawfully took advantage of me in critical
life circumstances seeking food, safety, bed and shelter after

literally sleeping on the ground, park benches or wherever else under intense duress, by forcing me to participate in a Bible Boot Camp that was originally designed and promoted on their website for work release prisoners, in order to gain and maintain vital help services through their religious non-profit homeless shelter program when no one's else was available. As a free citizen under no state or federal probation or parole penalty, I feel this fully violated my constitutional rights. Since being at this facility I have been harassed, warned, and even bullied nearly every day that if I miss Church service protocols I will be rolled up, and put out for 30 days. And that if I come back proclaiming to still be Muslim and exempt from attending Church services that I will not be allowed to stay.



MONDAY---BIBLE STUDIES HERE AT MISSION 6:30PM

TUESDAY---DREAM CENTER 6:05 PM

WEDNESDAY---DREAM CITY CHURCH 5:05PM

THURSDAY---BIBLE STUDIES HERE AT MISSION 6:30PM

FRIDAY---BIBLE STUDIES HERE AT MISSION 6:30 PM

SATURDAY---DREAM CENTER 6:05 PM

SUNDAY---BIBLE STUDIES HERE AT MISSION 10AM
                    DREAM CENTER 5:05PM

# ANYONE THAT CHOOSES
# NOT TO ATTEND IS SUBJECT
# TO LOSING BED.

# GOD BLESS U ALL...

CHURCH ON THE STREET MEN'S MISSION

STAFF OR WORKING MEN'S NIGHT OUT REQUEST

NAME: _Danny Williams_   BED: _1_

REQUEST DATE: _10/25/2021_   NIGHTS OUT: _1_

DATE / TIME LEAVE: _10/25/2021_

DATE / TIME RETURN: _10/25/2021_

AUTHORIZED BY: _albert e._

_____ by Mission Director, asst Director or Desk Supervisor only_

_____ OR INFORMATION

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional Distress- from violation of my 1st amendment rights, as well as harassment, bullying and threats due to me opposing the Church mandate requirement in order to maintain a bed. I have been under constant threat of being "rolled up" or put out since I got there for not attending church related events, even though I am working 8-10 hour shifts to cover my rent and try to save to fight my eviction, and find housing to get back on my feet.

Invasion of Privacy because often times my mail would be left on my bed opened including my birth certificate which was FED-Ex which I found clearly opened and resealed underneath my mattress which I had put there unopened. A letter from my financial bank card institution was also opened and left on my bed before I returned when usually mail is held at the desk and handed to you upon request. Privileges that are supposed to be included in the working men's program including access to a personal locker and bunk in the working men's dorm has been denied to me, on the arbitrary basis that I have to prove my worthiness in order to gain such. Although I pay I am still sleeping in the general housing area. I believe these privileges have been denied to me too because of my opposition to the Church mandate. I am currently sleeping in Bunk 7 which is not located in the working mens dorm which is supposed to be included in the program. There are several beds and lockers open. The Resident Officials and long term dorm residents of this program hog these lockers with some having as many as 8, even though any one thats apart of the working men's program is supposed to have one. There are also plenty of bunks opened in this room.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I am seeking $190,000 dollars for violations of civil rights, harassment and emotional distress, as well as additional religious discrimination because I believe the reason I have not been granted access to all the features of the working men's program is because I declare a Muslim faith that Christianity opposes and that they simply do not like me for various reasons because of it.

I am also seeking any torts for violations that the court deems rule-able in my favor up to and including the closure of the Church On The Street program which I do not believe should be operating legally.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _____02/23/2021_____

Signature of Plaintiff  _Dianne L. Williams_

Printed Name of Plaintiff  _Dianne Williams_

### B.   For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Address  _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number  _____

E-mail Address  _____