Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _Arizona_

_PHOENIX_ Division

FILED ___ LODGED
✓ RECEIVED ___ COPY
MAY 0 3 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

DAVONNE WILLIAM

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

COTS, PHOENIX DREAM CENTER, WALT RATTRAY, TOMMY BARNETT

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.   CV-21-341-PHX-SPL
AMENDED COMPLAINT CV21-00341
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ✓ Yes  ☐ No

## _AMENDED_ COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Davonne Williams |
   | Street Address | 230 S 12th St |
   | City and County | Phoenix, Maricoupa |
   | State and Zip Code | Arizona, 85007 |
   | Telephone Number | 608-590-2175 |
   | E-mail Address | dvnwxll1@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | COTS (CHURCH ON THE STREET) |
| Job or Title *(if known)* | RELIGIOUS ORGANIZATION/NON-PROFIT |
| Street Address | 3210 GRAND AVE. |
| City and County | PHOENIX, MARICOPA |
| State and Zip Code | ARIZONA, 85017 |
| Telephone Number | 602-257-8918 |
| E-mail Address *(if known)* | http://cotsphoenix.org |

Defendant No. 2

| | |
|---|---|
| Name | PHOENIX DREAM CENTER |
| Job or Title *(if known)* | RELIGIOUS ORGANIZATION/NON-PROFIT |
| Street Address | 3210 GRAND AVE. |
| City and County | PHOENIX, MARICOPA |
| State and Zip Code | ARIZONA, 85017 |
| Telephone Number | 602-346-8701 |
| E-mail Address *(if known)* | info@dreamcitychurch.us |

Defendant No. 3

| | |
|---|---|
| Name | WALT RATTRAY |
| Job or Title *(if known)* | OWNER/FOUNDER OF CHURCH ON THE STREET |
| Street Address | 3210 GRAND AVE. |
| City and County | PHOENIX, MARICOPA |
| State and Zip Code | ARIZONA, MARICOPA |
| Telephone Number | N/A |
| E-mail Address *(if known)* | mail@cotsphoenix.com |

Defendant No. 4

| | |
|---|---|
| Name | TOMMY BARNETT |
| Job or Title *(if known)* | OWNER/FOUNDER OF THE DREAM CENTER NETWORK/PHOE |
| Street Address | 3210 GRAND AVE. |
| City and County | PHOENIX, MARICOPA |
| State and Zip Code | ARIZONA, 85017 |
| Telephone Number | N/A |
| E-mail Address *(if known)* | info@dreamcitychurch.us |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
1ST AMENDMENT- BILL OF RIGHTS
TITLE VII OF THE CIVIL RIGHTS ACT OF 1964
H.R 1308- RELIGIOUS FREEDOM RESTORATION ACT OF 1993

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

PLEASE SEE ATTACHED LETTER FOR SECTION 3 STATEMENT OF CLAIM

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'M SEEKING $320,000 IN RELIEF FOR VIOLATION OF RELIGIOUS FREEDOMS, BULLYING, HARASSMENT, AND EMOTIONAL DISTRESS.

# III. STATEMENT OF CLAIM

COTS, PHOENIX DREAM CENTER OWNED AND FOUNDED BY WALT RATTRAY AND TOMMY BARNETT ACTED TOGETHER TO VIOLATE MY 1ST AMENDMENT RIGHTS BY FORCING ME TO AGREE AND COMPLY WITH STRICT RELIGIOUS PROTOCOLS INORDER TO GAIN AND MAINTAIN ACCESS TO CRITICAL LIFE SERVICES THEY PROVIDED AS A DESIGNATED HOMELESS SHELTER SUCH AS FOOD AND SHELTER. ON JANUARY 8TH 2021 i WAS EVICTED FROM MY APARTMENT AND BECAME HOMELESS. I SLEPT ON THE STREETS FOR 4 DAYS BEFORE FINALLY CALLING A HOMELESS SHELTER WITH AN OPEN BED WHICH HAPPENED TO BE COTS BETTER KNOWN AS CHURCH ON THE STREETS. I WAS TOLD THAT I COULD ONLY STAY FOR 15 DAYS BECAUSE COTS WAS A 15 DAY EMERGENCY SHELTER, AND THAT THERE WAS NO OTHER WAY OF ENTERING INTO THIS 15 DAY EMERGENCY SHELTER WITHOUT AGREEING TO ATTEND ALL MORNING AND NIGHT BIBLE STUDY AND CHURCH SERVICES 7 DAYS A WEEK, AS MANY AS 4 TIMES ON THE WEEKEND. ALTHOUGH I MADE IT CLEAR

THAT I DID NOT THINK THAT WAS FAIR BECAUSE OF MY RELIGIOUS STUDIES OF ME BEING A MUSLIM, THE ALTERNATIVE WAS TO SLEEP A 5TH DAY AND FORSEEABLE FUTURE ON THE STREETS. AND I WAS THREATENED, YELLED AT, HARASSED, MOCKED AND BULLIED MY ENTIRE 15 DAYS THAT AT ANY MOMENT I COULD BE ROLLED UP WHICH IS ANOTHER TERM FOR KICKED OUT.  WHILE IN COMPLIANCE WITH THIS STRICT REGIMEN OR BOOTCAMP AS THEY LIKE TO CALL IT. SINCE MY 15 DAY EMERGENCY STAY HAS PASSED, I HAVE BEEN LIVING AS A RESIDENT AT CHURCH ON THE STREETS  FOR THE PAST 4 MONTHS AS A WORKING MAN PAYING $50 A WEEK/$200 A MONTH AND AM STILL REQUIRED TO ATTEND 2 BIBLE STUDIES AND 2 CHURCH SERVICES A WEEK INORDER TO MAINTAIN RESIDENCY EVEN THOUGH I PAY AND RATHER I PAY OR NOT

OR ELSE I CAN STILL BE KICKED OUT.  AS OF TODAY  WITH NOWHERE ELSE TO GO I AM STILL BEING SUBJECT TO THESE STRINGENT RULES AND TORMENT.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/03/2021

Signature of Plaintiff: *Davonne L. Williams*
Printed Name of Plaintiff: Davonne L. Williams

B. **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____