IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Davonne Williams,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COTS, et al.,<br><br>　　　　　　Defendants. | No. CV-21-00341-PHX-SPL<br><br>**ORDER** |

　　　　On September 13, 2021, Plaintiff filed a Second Amended Complaint (Doc. 16). Plaintiff's pleading does not comply with the local or federal rules that govern the filing of an amended complaint.

　　　　Rule 15 of the Federal Rules of Civil Procedure provides:

> **(1)** ***Amending as a Matter of Course***. A party may amend its pleading once as a matter of course within:
>
> 　　**(A)** 21 days after serving it, or
>
> 　　**(B)** if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.
>
> **(2)** ***Other Amendments***. In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

　　　　Rule 15.1 of the Local Rules of Civil Procedure ("LRCiv"), Rules of Practice of the

U.S. District Court for the District of Arizona provides:

 **(a) Amendment by Motion**. A party who moves for leave to amend a pleading must attach a copy of the proposed amended pleading as an exhibit to the motion, which must indicate in what respect it differs from the pleading which it amends, by bracketing or striking through the text to be deleted and underlining the text to be added. The proposed amended pleading must not incorporate by reference any part of the preceding pleading, including exhibits. If a motion for leave to amend is granted, the party whose pleading was amended must file and serve the amended pleading on all parties under Rule 5 of the Federal Rules of Civil Procedure within fourteen (14) days of the filing of the order granting leave to amend, unless the Court orders otherwise.

 **(b) Amendment as a Matter of Course or by Consent**. If a party files an amended pleading as a matter of course or with the opposing party's written consent, the amending party must file a separate notice of filing the amended pleading. The notice must attach a copy of the amended pleading that indicates in what respect it differs from the pleading which it amends, by bracketing or striking through the text that was deleted and underlining the text that was added. The amended pleading must not incorporate by reference any part of the preceding pleading, including exhibits. If an amended pleading is filed with the opposing party's written consent, the notice must so certify.

Because Plaintiff has previously amended his complaint, he may only make further amendments by either obtaining written consent from the opposing party or by obtaining leave from the Court. *See* Fed. R. Civ. P. 15(a)(2). Further, in addition to the amended complaint, Plaintiff must provide a separate copy of the amended complaint that shows the changes made in the manner described in LRCiv 15.1. Therefore, finding the amended complaint does not comply with either the federal or local rules, it will be stricken. Accordingly,

**IT IS ORDERED** that Plaintiff's Second Amended Complaint (Doc. 16) is **stricken**.

Dated this 23rd day of September, 2021.

              _____
               Honorable Steven P. Logan
               United States District Judge